IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HANSEL E. CAIN**, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. **08-678-JPG** |
| ) | |
| **W.A. SHERROD**, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is petitioner's "Motion to Impanel Special Grand Jury Under 18 U.S.C. § 3333." **(Doc. 17).** Petitioner desires to present evidence to a grand jury regarding alleged criminal activity by Bureau of Prisons personnel and others aimed at disrupting the orderly running of his sentence.

Although the Court has authority under 18 U.S.C. § 3333 to summon a special grand jury, petitioner has presented only a bald accusation of criminal activity. Petitioner has not even specified that the vaguely alleged criminal activity occurred within the Southern District of Illinois.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 17)** is **DENIED**, as it is facially insufficient to invoke the Court's jurisdiction.

**IT IS SO ORDERED.**

DATED: August 6, 2009

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**