UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HANSEL E. CAIN,

              Petitioner,

      v.                                  Case No. 08-cv-678-JPG

W.A. SHERROD,

              Respondent.

## **JUDGMENT**

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Hansel E. Cain's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed.


**DATED: January 13, 2010**              **NANCY J. ROSENSTENGEL, Clerk of Court**

                                              **By:s/Deborah Agans, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**